Arthur Y. Martin, as Trustee in Bankruptcy of the Leigh Fruit and Storage Company, Respondent, v. John C. Dilman, as Sole Surviving Partner of the Firm of Dilman Brothers, Appellant.— Judgment and order affirmed, with costs. All concurred.

Walter Miller, as Executor, etc., of Margaret C. Mehl, Deceased, Appellant, v. The Grand Lodge of the Ancient Order of United Workmen of the State of New York, Respondent.— Judgment affirmed, with costs. All concurred.

Merchants' Bank of Rochester, Respondent, v. Rochester Glass and Paint Company and Rochester Carting Company, Defendants, Impleaded with Arthur Warren, as Trustee in Bankruptcy for the Rochester Glass and Paint Company, Appellant.— Judgment affirmed, with costs. All concurred.

Minnie J. Stacy, as Administratrix, etc., of Samuel G. Stacy, Deceased, Respondent, v. Mary G. Sullivan, Appellant.— Judgment and order affirmed, with costs. All concurred.

Frank Lamm, Appellant, v. International Railway Company, Respondent.— Judgment affirmed, with costs. All concurred.

J. Pierce Bishop, Respondent, v. Lockport Ice and Cold Storage Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

George G. Burns, Respondent, v. William Staunton and The Post-Standard Company, Appellants.— Judgment and order affirmed, with costs. All concurred, except McLennan, P. J., who dissented upon the ground that the article was not libelous *per se*, and that, therefore, the plaintiff is not entitled to recover.